FILED
FEB - 3 2016
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) No. | **4:16CR00051 HEA/PLC** |
| JACKIE LEE JOHNSON, ) | |
| Defendant. ) | |

## INDICTMENT

### COUNT ONE

The Grand Jury charges:

On or about December 28, 2015, within the Eastern District of Missouri, the defendant,

**JACKIE LEE JOHNSON,**

did receive, conceal, and unlawfully have in his possession mail which had been stolen and taken from a mail route and mail carrier, then knowing the article to have been stolen and taken.

In violation of Title 18, United States Code, Sections 1708 and 2.

### COUNT TWO

The Grand Jury further charges that:

On or about January 9, 2016, within the Eastern District of Missouri, the defendant,

**JACKIE LEE JOHNSON,**

did receive, conceal, and unlawfully have in his possession mail which had been stolen and taken from a mail route and mail carrier, then knowing the article to have been stolen and taken.

1

In violation of Title 18, United States Code, Sections 1708 and 2.

## COUNT THREE

The Grand Jury further charges that:

On or about January 14, 2016, within the Eastern District of Missouri, the defendant,

**JACKIE LEE JOHNSON,**

did receive, conceal, and unlawfully have in his possession mail which had been stolen and taken from a mail route and mail carrier, then knowing the article to have been stolen and taken.

In violation of Title 18, United States Code, Sections 1708 and 2.

A TRUE BILL.

_____
FOREPERSON

RICHARD G. CALLAHAN
United States Attorney

_____
TRACY L. BERRY, 014753 TN
Assistant United States Attorney

2